# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| LATANYA WILLIAMS,<br>   Plaintiff,<br><br>       v.<br><br>S&E 786 ENTERPRISE, LLC,<br>   Defendant. | 2:24-cv-07518-DSF-AJRx<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Latanya Williams and against Defendant S&E 786 Enterprise, LLC. Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 3300 La Cienega Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act. Defendant is further ordered to pay to Plaintiff $5,455.00, comprised of $4,000.00 in statutory damages, $790.00 in fees, and $665.00 in costs.

Date: April 14, 2025

_____
The Honorable Dale S. Fischer
United States District Judge